■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANTHONY CALDWELL, Respondent. [931 NYS2d 232]—

Defendant is similarly situated to the defendants in *People v Acevedo* (17 NY3d 297 [2011]). Accordingly, his violent felony conviction qualifies as a predicate conviction for sentencing purposes in this case. Concur—Tom, J.P., Sweeny, Freedman, Richter and Abdus-Salaam, JJ.